**LAW OFFICES OF MITCHELL C. ELMAN, P.C.**
**377 OAK STREET, SUITE 415**
**GARDEN CITY, NY  11530**
**Telephone  (516) 586-6666**
**Facsimile   (516) 345-2517**
**Email:       mitchell@elmanlawny.com**

September 8, 2021

VIA ECF

The Honorable Denis R. Hurley
Senior United States District Court Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY  11722

        Re: USA v. Taieek Smith
           19-cr-00124 (DRH)

Dear Judge Hurley,

  As you are aware, this office represents Taieek Smith. It is with great sadness that I advise the Court that Mr. Smith's grandmother, Ruby L. Baldwin passed away on September 4, 2021 at Good Samaritan Hospital. Ms. Baldwin helped raise Mr. Smith and the defense is respectfully requesting that Mr. Smith be allowed to attend the service on Saturday, September 11, 2021. Mr. Smith is currently incarcerated at the Metropolitan Detention Center (MDC). Both the viewing and the service will be held at In the Word Ministries, 86 Gordon Avenue, West Babylon, NY  11704. The burial will be will be held right after at Pinelawn Memorial Park and Arboretum, 2030 Wellwood Avenue, Farmingdale, NY  11735. We are requesting that Mr. Smith be released on electronic monitoring and stay with his mother at 75 Lincoln Avenue, Wyandanch, NY  11798. Upon completion of the funeral, Mr. Smith can be brought back to MDC. The defense can provide any information the Court requires to accommodate this request.

  The Government has opposed this request. Thank you for your consideration.

            Respectfully submitted,

            MITCHELL C. ELMAN

Cc: Assistant United States Attorney Mark Misorek